DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSE LANNQUIST GOULDY,**
Appellant,

v.

**MICHAEL A. PEAK** and **AMANDA MUNYAN,**
Appellees.

No. 4D2025-0444

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502013CP003317.

Rose Lannquist Gouldy, Palm Beach Gardens, pro se.

Timothy M. Chiasson and Jonnie M. Jennings of Perri & Jennings, Shalimar, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***